■ In the Matter of ROGER CHAMPEN et al., Petitioners, v. NELSON ROCKE-FELLER, as Governor of the State of New York, et al., Respondents.— Application for a show cause denied. The papers presented do not disclose jurisdiction in this court for issuance of the proposed show cause order. Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.